AO-10
Rev. 1/2002

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* **Barkett, Rosemary** | 2. Court or Organization **U.S. Court of Appeals, Eleventh Circuit** | 3. Date of Report **4/20/06** |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br><br> **U.S. Circuit Judge - Active** | 5. ReportType (check appropriate type) <br><br> ___ Nomination, Date _____ <br><br> ___ Initial   XX   Annual   ___ Final | 6. Reporting Period <br><br> **1-01-05 to 12-31-05** |
|---|---|---|

| 7. **Chambers or Office Address** <br> 99 NE 4th Street <br> Suite 1223 <br> Miami, Florida, 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions.) | |
| 1  Member, Board of Trustees | Lawyers For Children, America |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1  9/1/79 | State of Florida, Div. of Retirement; Sect. 401(a), I.R.C. |
| 2  10/1/82 | Aetna Life Ins.; Deferred Comp., Sect. 457, I.R.C. |
| 3  3/3/87 | Nationwide Life Ins.; Deferred Comp., Sect. 457, I.R.C. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2005 | State of Florida Retirement (Aetna & Nationwide) | $ 17,675.00 |
| 2  2005 | State of Florida Judicial Retirement | $ 43,804.92 |
| 3  July 2005 | New York University - Teaching Appellate Judges Seminar | $ 1,200.00 |
| 4  Jan./Sept. 2005 | Columbia University - Teaching (gross $30,000 less travel and lodging expenses of $13,000) | $ 17,000.00 |
| 5 | | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett. Rosemary | 4/20/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, enterta nment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| 1  American Bar Association | 1/20-23/2005, Vail, Co - airfare, meals, lodging |
| 2  Orange County Bar Association | 1/26/05 - Orlando, FL, airfare, cabs, meals |
| 3  Columbia Univ. School of Law | 1/19 - 4/21/05 - NY, NY, airfare, cabs, meals, lodging |
| 4  Columbia University | 4/12/05, NY, NY, airfare, cabs, meal |
| 5  New York University | 7/10-15/2005 - NY, NY, airfare, cabs, meals, lodging |
| 6  American Constitution Society | 7/29/05, Wash., DC, airfare, cabs, meals |
| 7  Columbia Univ. School of Law | 9/7 - 12/6/05, NY, NY, airfare, meals, cabs, lodging |
| 8.  The American Society of International Law | 11/4-5/2005, Wash., DC, airfare, cabs, meals, lodging |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| XX  NONE (No such reportable gifts.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities.) | | |
| 1  Citicorp (purchase July 2002) | Real Estate Mortgage (½ owner) | O |
| 2  Farm Credit, Homestead, FL | Real Estate Mortgage (1/3 owner) | K |
| 3 | | |
| 4 | | |
| 5 | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Barkett, Rosemary | 4/20/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| 1 Aetna Deferred Comp Plan (now ING Life) | D | Dividend | L | T | | | | | |
| 2 Travel. A(TAPA) was exch./St Paul Travelers | A | Dividend | J | T | | | | | |
| 3 Coca Cola (KO) | A | Dividend | J | T | | | | | |
| 4 Dade Cnty GTD | | None | K | T | | | | | |
| 5 Legato Systems (LGTO) (exch. EMC) | | None | J | T | | | | | |
| 6 Loral Space & Commun. (LOR) | | None | J | T | | | | | |
| 7 Nationwide | D | Dividend | L | T | | | | | |
| 8 Pacific Telesis Group n n/k/a SBC | A | Dividend | J | T | | | | | |
| 9 Port Everglades | | None | K | T | | | | | |
| 10 American Skandia transferred into ING | | None | M | T | | | | | |
| 11 Smith Barney (money market) | A | Dividend | M | T | | | | | |
| 12 Alliance Technology Mutual Fund | | None | L | T | | | | | |
| 13 Travellers Group (now Citicorp-"C") | B | Dividend | L | T | | | | | |
| 14 Van Kampen American Capital Agressive Growth (VAGAX) | A | Dividend | K | T | | | | | |
| 15 Smith Barney Retirement | A | Dividend | K | T | | | | | |
| 16 Sunrise Utilities | | None | K | T | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Walt Disney (DIS) | A | Dividend | J | T | | | | |
| 18 | Applied Materials | | None | K | T | | | | |
| 19 | Federal National Mortgage Association | A | Dividend | K | T | | | | |
| 20 | Lucent Technology | | None | J | T | | | | |
| 21 | Van Kampen Capital Emerging (ACEGX) | | None | J | T | | | | |
| 22 | MFS Emerging Growth Fund-Fund (MFEGX) | | None | K | T | | | | |
| 23 | Altera | | None | K | T | | | | |
| 24 | Amgen, Inc (Amgn) | | None | L | T | | | | |
| 25 | Cisco | | None | L | T | | | | |
| 26 | Intel Corporation | A | Dividend | L | T | | | | |
| 27 | Microsoft Corporation | A | Dividend | K | T | | | | |
| 28 | Micron Technology | | None | J | T | | | | |
| 29 | Travel. B (TAPB) was exchanged for St Paul Travelers | A | Dividend | J | T | | | | |
| 30 | Home Depot | A | Dividend | J | T | | | | |
| 31 | Texas Instruments | A | Dividend | K | T | | | | |
| 32 | EMC Corp. | | None | J | T | | | | |
| 33 | Hewlett Packard | A | Dividend | K | T | | | | |
| 34 | Selectron | | None | J | T | | | | |
| 35 | JPMorgan Chase | A | Dividend | J | T | | | | |
| 36 | North Trust (NTRS) | A | Dividend | K | T | | | | |
| 37 | Fld.Contra Fd FCNTX | A | Dividend | K | T | | | | |
| 38 | Mfs. Research Fd MFRBX | A | Dividend | K | T | | | | |
| 39 | Mfs Investors Gr MIGBX | | None | K | T | | | | |
| 40 | Putnum Intl Gf POVBX | A | Dividend | K | T | | | | |
| 41 | Putnum Eurp gr PEUBX | A | Dividend | K | T | | | | |
| 42 | Putnum Eurp gr POGBX (changed fr. POBGX) | | None | K | T | | | | |
| 43 | POEBX | | None | J | T | | | | |
| 44 | PfFIZER (PFE) exchange fr. Warner Lambert | A | Dividend | J | T | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | MFS Strategic Growth B (MSBGX) | A | Dividend | J | T | | | | | |
| 46 | GE | A | Dividend | K | T | | | | | |
| 47 | Dell | | None | J | T | | | | | |
| 48 | Corning Inc. (GLW) | | None | K | T | | | | | |
| 49 | MCDTA (spinoff fr. EMC) | | None | J | T | | | | | |
| 50 | IBM | A | Dividend | J | T | | | | | |
| 51 | Nokia Corp. (NOK) | A | Dividend | K | T | | | | | |
| 52 | Firstcom Corp. (FCLX) (name changed to ATTL) | | None | J | T | | | | | |
| 53 | Qualcomm, Inc. (QCOM) | A | Dividend | J | T | | | | | |
| 54 | VTFCX | | None | J | T | | | | | |
| 55 | PMC Sierra Inc. (PMCS) | | None | J | T | | | | | |
| 56 | Tyco Intl. (TYC) | | None | J | T | | | | | |
| 57 | Agilent (A) spinoff frm Hewlett Packard | | None | J | T | | | | | |
| 58 | Avaya (AV) spinoff fr. Lucent Tech. | | None | J | T | | | | | |
| 59 | AGERE A | | None | J | T | | | | | |
| 60 | AGERE B | | None | J | T | | | | | |
| 61 | RE-Parcel 1-Lake Park, FL (1/2 ownership) | | None | N | W | | | | | |
| 62 | Re-Parcel 2-Key Largo, FL (1/4 ownership) | | None | K | W | | | | | |
| 63 | Re-███████████ ownership) | | None | O | W | | | | | |
| 64 | Re-Parcel 4-Homestead, FL (1/3 ownership) | | None | L | W | | | | | |
| 65 | Re-Parcel 5-Homestead, FL (1/2 ownership) | | None | L | W | | | | | |
| 66 | Re-█████████ (l/2 ownership) | | None | N | W | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____ Date __4/24/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544